PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| BENJAMIN EVANS, | ) |
| | ) CASE NO. 5:16CV1113 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| | ) **MEMORANDUM OF OPINION AND** |
| Defendant. | ) **ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Benjamin Evans' application for Supplemental Security Income after a hearing in the above-captioned case. That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision. Plaintiff sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge George J. Limbert for preparation of a Report and Recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1). The Magistrate Judge submitted a Report (ECF No. 16) recommending that the Court affirm the Commissioner's decision and dismiss Plaintiff's case in its entirety. ECF No. 16 at PageID #: 2223–24.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. No objections have been filed, evidencing satisfaction with the Magistrate Judge's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813

(5:16CV1113)

(6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation. The Court affirms the ALJ's decision and dismisses Plaintiff's case in its entirety, with prejudice.


IT IS SO ORDERED.

May 5, 2017 */s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge